IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>       -vs-<br><br>BLAKE A. WARNER,<br><br>          Defendant. | )<br>)<br>)<br>)<br>) No.   09M-1172E<br>)<br>)<br>)<br>) Violation: 18 U.S.C. §§ 13,<br>              7 (47 OSA 6-303B) |

## INFORMATION

### Count 1

On or about June 14, 2009 in Comanche County, in the Western District of Oklahoma, on the Fort Sill Military Reservation, the defendant herein,

-------------------- **BLAKE A. WARNER** --------------------

did drive a motor vehicle when his privilege to do so was suspended. Officer Black stopped, at Key Gate, the driver of a white Ford truck bearing license #147-BSO (OK), for a command directed check. The driver, later identified as the defendant, could not produce a valid driver's license. Officer Black conducted a check on the NCIC computer. The check revealed the defendant's driver's license was suspended.

All of said act is in violation of Title 18 U.S.C. §§ 13, 7 (47 OSA 6-303B).

                                                      JOHN C. RICHTER<br>
                                                      United States Attorney

                                                      TIMOTHY A. LIESMANN<br>
                                                      Special Assistant U.S. Attorney<br>
                                                      Office of the Staff Judge Advocate<br>
                                                      Criminal Law Division<br>
                                                      Fort Sill, OK 73503<br>
                                                      (580) 442-3900

STATE OF OLKAHOMA )
) SS
COUNTY OF COMANCHE )

## VERIFICATION

I, TIMOTHY A. LIESMANN, being first duly sworn, state that I have read and know the contents of the foregoing Information and, to the best of my knowledge and belief, the statements therein are true and correct.

_____
TIMOTHY A. LIESMANN
Special Assistant U.S. Attorney

SUBSCRIBED AND SWORN to before me this __12TH__ day of __AUGUST__, __2009__

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE